No. 82–6397.   MARQUARDT v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–6403.   COTNER v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 82–6404.   LEWIS v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 82–6416.   BETHEA v. LEEKE ET AL.   C. A. 4th Cir. Certiorari denied.

No. 82–6418.   PHILLIPS v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–6420.   MORRIS v. UNITED STATES DEPARTMENT OF JUSTICE ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 82–6421.   BOYD v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 82–6422.   CALLAHAN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–6427.   BEDOYA v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 82–6430.   JOHNSON v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 82–6431.   WHAM v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.